IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 162.195.77.129,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　　　　　　／ | No. C 16-01613 WHA<br><br>**ORDER GRANTING<br>SEALING MOTION** |

　　　Malibu Media seeks leave to file its amended complaint, proposed summons, and return of service under seal pursuant to the protective order in this action. Malibu Media's motion is hereby **GRANTED**.

　　　**IT IS SO ORDERED.**

Dated: June 30, 2016.

　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE