Brenna E. Erlbaum (SBN: 296390)
Brian Heit (SBN: 302474)
**HEIT ERLBAUM, LLP**
6320 Canoga Avenue, 15th Floor
Woodland Hills, CA 91367
[phone]: (805) 231.9798
Brenna.Erlbaum@HElaw.attorney
Brian.heit@HElaw.attorney
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 162.195.77.129,<br><br>　　　　　Defendant. | Case Number: 3:16-cv-01613-WHA<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION FOR LEAVE TO FILE ITS RETURN OF SERVICE UNDER SEAL** |

THIS CAUSE came before the Court upon Plaintiff's Administrative Motion for Leave to File Its Return of Service Under Seal (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is granted.

Dated: July 19, 2016.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1

Case No. 3:16-cv-01613-WHA