AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

Malibu Media, LLC
      Plaintiff (s),

V.

John Doe
      Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:16-cv-01613-WHA

Notice is hereby given that, subject to approval by the court, __Malibu Media, LLC__ substitutes
      (Party (s) Name)

__Henrik Mosesi__, State Bar No. __189672__ as counsel of record in
(Name of New Attorney)

place of __Brenna E. Erlbaum__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Law Offices of Henrik Mosesi
    Address: 433 N. Camden Dr., 6th Floor, Beverly Hills, CA 90210
    Telephone: (310) 734-4269    Facsimile (310) 734-4053
    E-Mail (Optional):

I consent to the above substitution.
Date: 11/29/2016
    *Colette Pelissier* (DocuSigned)
    (Signature of Party (s))

I consent to being substituted.
Date: 11/29/2016
    (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 11/29/2016
    (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: December 27, 2016.
    Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]